Ciuró, Demandante y Apelado, *v.* Ciuró, Demandado y Apelante.

Apelación procedente de la Corte de Distrito de San Juan, Sección 1ª., en un caso sobre cobro de dinero.

Moción de la parte apelada para que se desestime la apelación.

No. 1089.—Resuelto en diciembre 23, 1913.

Desestimación de Apelación — Radicación de la Transcripción Fuera de Tiempo—Prórrogas Concedidas Fuera de Término.—La parte apelada solicitó una prórroga de 30 días en la corte sentenciadora para presentar la exposición del caso, consintiendo la parte apelante en que se le concedieran 15 días y según las minutas de la corte ésta concedió 10 días. Después, dentro de los 15 días consentidos por el apelante, pero fuera de los 10 días concedidos por la corte, se pidió y obtuvo una nueva prórroga de 15 días para el mismo fin, concediéndose luego varias prórrogas más sin oposición de la parte apelante. Hallándose aún en tramitación la exposición del caso en la corte de distrito, la parte apelada compareció en esta Corte Suprema y solicitó la desestimación del recurso, porque la segunda prórroga fué concedida después de vencido el término de la primera: se resolvió que atendidas todas las circunstancias del caso y en el actual estado de derecho del asunto, no procedía decretar la desestimación solicitada.

Los hechos están expresados en la opinión.

Abogado del apelado: *Sr. Luis Freyre Barbosa.*

Abogado del apelante: *Sr. Eugenio Benítez Castaño.*

EL JUEZ ASOCIADO SR. DEL TORO, emitió la opinión del tribunal.

Dictada sentencia en este caso en favor del demandante por la Corte de Distrito de San Juan, Sección 1ª., el 2 de agosto de 1913, la parte demandada interpuso contra ella recurso de apelación para ante este Tribunal Supremo el 2 de septiembre de 1913.

El 12 del mismo mes solicitó la parte demandada una prórroga de 30 días para presentar la exposición del caso. Al pie de su solicitud el abogado del demandante mostró su conformidad con que se concedieran 15 días. Y, según aparece de las minutas de la corte, ésta concedió sólo 10 días.

El 27 de septiembre, esto es, fuera del término de 10 días y dentro del de 15, la parte demandada volvió a solicitar nueva prórroga de 15 días basándose en que el taquígrafo no le había entregado aún las notas necesarias. Nada alegó la parte demandante y la prórroga fué concedida sin dificultad.

El 10 de octubre volvió la parte demandada a solicitar nueva prórroga por el mismo fundamento. No consta que la parte demandante hiciera oposición alguna y la prórroga fué concedida en la siguiente forma: Ocho días para presentar la exposición contados a partir de la entrega de las notas taquigráficas.

Con estos antecedentes como base y alegando que la corte de distrito no tuvo facultad para conceder las prórrogas solicitadas con posterioridad al 22 de septiembre de 1913 en que venció la primera de 10 días legalmente concedida, la parte demandante solicita de esta Corte Suprema que desestime el recurso interpuesto, ya que no existiendo exposición del caso, el término para archivar la transcripción quedó vencido 30 días después de interpuesta la apelación o sea desde los primeros días del mes de octubre próximo pasado.

Se observa con toda claridad que existió un verdadero error

en la computación de la prórroga concedida el 12 de septiembre de 1912, tomándose como base la conformidad de la parte demandante y no la constancia de las minutas de la corte.

Pudiera sostenerse tal vez que las minutas quedaron enmendadas implícitamente por la acción de la corte al dictar su resolución de 27 de septiembre de 1913, concediendo la nueva prórroga solicitada por la parte demandada.

Pero si ese criterio no pudiera sustentarse, debe tenerse en cuenta que aparece de los autos que la misma parte que ahora solicita que se desestime el recurso fué la que por medio de su abogado consintió en la prórroga de 15 días que ha dado origen al error; que dicha parte no se opuso a la concesión de las ulteriores prórrogas y que nada ha solicitado de la misma corte sentenciadora que tiene aún bajo su jurisdicción la tramitación de la exposición del caso, y, en tal virtud, opinamos que en el actual estado de derecho de este asunto, no procede decretar la desestimación solicitada.

*Denegada la moción.*

Jueces concurrentes: Sres. Presidente Hernández y Asociados Wolf y Aldrey.

El Juez Asociado Sr. MacLeary no tomó parte en la resolución de esta moción.